AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 22 2025
ARTHUR JOHNSTON
BY ________ DEPUTY

United States of America
v.
MARIO ARMANDO CRISOSTOMO-CRISOSTOMO

*Defendant(s)*

Case No. 3:25mj 165-LGI

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 18, 2025 in the county of Leake in the Southern District of Mississippi, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. Section 1326(a) | Unlawful Return of an Alien After Deportation or Removal |

This criminal complaint is based on these facts:

See the attached Affidavit of Deportation Officer Stephen J. Kirchmayr III attached hereto.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Officer Stephen J. Kirchmayr III
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/22/2025

[signature]
*Judge's signature*

City and state: Jackson, Mississippi

LaKeysha Greer Isaac, US Magistrate Judge
*Printed name and title*

3:25mj165-LGI
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 22 2025
ARTHUR JOHNSTON
DEPUTY

**AFFIDAVIT FOR PROBABLE CAUSE FOR A COMPLAINT AND ARREST WARRANT**

I, Stephen J. Kirchmayr III, being duly sworn, do hereby depose and state the following:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am employed as a Deportation Officer with United States Immigration and Customs Enforcement ("ICE"). I have been so employed since September 20, 2015. Prior to this position, I served as an Immigration Enforcement Agent with ICE. I have received training as a law enforcement officer for ICE and have been assigned to investigate violations of the United States Code as enumerated under Title 8 including criminal and administrative violations of the Immigration and Nationality Act ("INA") including unlawful reentry of a removed alien.

2. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. This affidavit is being submitted in support of a criminal complaint against Mario Armando CRISOSTOMO-CRISOSTOMO, and, as such, does not include all the information known to me as part of this investigation, but only information sufficient to establish probable cause for the issuance of a criminal complaint against Mario Armando CRISOSTOMO-CRISOSTOMO for violation of Title 8, United States Code, Sections 1326(a), reentry of removed alien.

**SUMMARY OF PROBABLE CAUSE**

3. On April 18, 2025, Mario Armando CRISOSTOMO-CRISOSTOMO, a citizen and national of Guatemala, was encountered in the Leake County jail in Carthage, Mississippi. Immigration and Customs Enforcement ("ICE") record checks revealed that CRISOSTOMO-CRISOSTOMO is a native and citizen of Guatemala who has been previously ordered removed from the United States. Mario Armando CRISOSTOMO-CRISOSTOMO did not have

permission of the Attorney General or the Secretary of Homeland Security to lawfully reenter the United States.

## PROBABLE CAUSE

4. On April 18, 2025, Mario Armando CRISOSTOMO-CRISOSTOMO (Alien # 215950422), a citizen and national of Guatemala, was encountered by immigration officials in Leake County in the Northern Division of the Southern District of Mississippi. CRISOSTOMO-CRISOSTOMO was encountered at the Leake County Jail during a routine review of inmates in state custody at the jail. CRISOSTOMO-CRISOSTOMO had previously been arrested by state officials for driving without a license or automobile insurance. CRISOSOTOMO-CRISOSTOMO informed ICE agents during a telephonic interview at Leake County Jail that he was a citizen of Guatemala and previously entered the country illegally. ICE agents emplaced an immigration detainer and later transported CRISOSTOMO-CRISOSTOMO to the ICE office in Pearl, Mississippi for further processing.

5. In Pearl, Mississippi, law enforcement officers submitted CRISOSTOMO-CRISOSTOMO's fingerprints to immigration and criminal databases. Based on the database queries, law enforcement officers determined that CRISOSTOMO-CRISOSTOMO was ordered to be removed from the United States under an expedited order of removal on or about September 19, 2018 in Roma, Texas. CRISOSTOMO-CRISOSTOMO was served with a Notice to Reinstate Prior Order of Removal under Section 241(a)(5) of the Immigration and Nationality Act.

6. Immigration record checks revealed that on September 19, 2018, CRISOSTOMO-CRISOSTOMO was encountered by Border Patrol Agents in Texas. CRISOSTOMO-CRISOSTOMO was found to be a citizen of Guatemala that entered the United States without

proper inspection or admission by an immigration officer, and was taken into custody and placed in removal proceedings. He was processed for an Expedited Removal under Section 235(b) of the Immigration and Nationality Act.

7. On September 20, 2018, the United States District Court for the Southern District of Texas found CRISOSTOMO-CRISOSTOMO guilty for illegal entry in violation of Title 8, United States Code, Section 1325(a)(1) and sentenced to time served.

8. Queries within ICE databases revealed CRISOSTOMO-CRISOSTOMO has not received consent from the Attorney General of the United States or Secretary of Homeland Security to apply for readmission, or to re-enter into the United States.

**CONCLUSION**

9. Based on these underlying facts and circumstances, as set forth above, it is my belief that MARIO ARMANDO CRISOSTOMO-CRISOSTOMO, is a citizen and national of Guatemala, illegally present in the United States, who has previously been deported or removed from the United States while an order of exclusion, deportation, or removal was outstanding, and thereafter was found in the United States, in violation of Title 8, United States Code, Sections 1326(a).

Respectfully submitted,

Stephen J. Kirchmayr III
Deportation Officer
Immigration and Customs Enforcement (ICE)

SWORN to before me on this 22nd day of April, 2025.

UNITED STATES MAGISTRATE JUDGE